# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cave, Sarah L. | U.S. District Court - Southern District of New York | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

Daniel Patrick Moynihan US Courthouse
500 Pearl St.
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Diversity Officer | IBA Insolvency Section |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | Hughes Hubbard & Reed LLP Pension (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Burke Neurological Institute (salary) |
| 2. | 2020 | Invitro Cell Research (salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Edward Jones (cash) | B | Int./Div. | O | T | | | | | |
| 3. Citibank (cash) | A | Interest | J | T | | | | | |
| 4. Citizens Bank (cash) (X) | | None | K | T | | | | | |
| 5. Hartford Single Life Variable Rate Universal Life Insurance | | None | N | T | | | | | |
| 6. Jackson National Life Insurance Variable Rate Fixed Annuity #1 | | None | K | T | | | | | |
| 7. Jackson National Life Insurance Variable Rate Fixed Annuity #2 | | None | K | T | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Edward Jones Retirement Money Market (cash) | B | Dividend | K | T | Buy | 01/24/20 | P1 | | |
| 10. Global X Funds (MLPX) | C | Dividend | K | T | Buy | 03/05/20 | K | | |
| 11. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 12. | | | | | Sold (part) | 07/08/20 | J | | |
| 13. Alps Alerian Mlp ETF (AMLP) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 14. Invesco Actively Managed Active U.S. Real Estate Fd (PSR) | B | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 15. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 16. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 17. Invesco Exchange-Traded Fd Tr II Preferred (PGX) | B | Dividend | L | T | Buy | 03/05/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 19. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 20. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 21. Wisdomtree Emerging Markets High Dividend Fd ETF (DEM) | C | Dividend | K | T | Buy (add'l) | 03/05/20 | L | | |
| 22. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 23. | | | | | Sold (part) | 12/31/20 | J | | |
| 24. Wisdomtree Tr Global Ex-US Real Estate Fund (DRW) | B | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 25. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 26. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 27. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 28. Wisdomtree Trust Emerging Markets Small Cap (DGS) | | None | | | Sold | 03/05/20 | J | | |
| 29. Blackrock Global Dividend Cl K (BKBDX) | C | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 30. | | | | | Sold (part) | 12/31/20 | J | | |
| 31. Calvert Emerging Markets Equity Cl I (CVMIX) | A | Dividend | L | T | Buy | 03/05/20 | L | | |
| 32. | | | | | Sold (part) | 07/08/20 | J | | |
| 33. | | | | | Sold (part) | 12/31/20 | J | | |
| 34. Champlain Mid Cap Cl I (CIPIX) | C | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 36. | | | | | Sold (part) | 07/08/20 | J | | |
| 37. | | | | | Sold (part) | 12/31/20 | J | | |
| 38. Columbia Balanced Cl I3 (CBDYX) | C | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 39. | | | | | Sold (part) | 03/27/20 | J | | |
| 40. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 41. Columbia Strategic Income Cl I3 (CPHUX) | A | Dividend | | | Buy (add'l) | 03/05/20 | K | | |
| 42. | | | | | Sold (part) | 03/27/20 | J | | |
| 43. | | | | | Sold (part) | 07/07/20 | J | | |
| 44. | | | | | Sold | 07/08/20 | K | | |
| 45. Edgewood Growth Cl I (EGFIX) | C | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 46. | | | | | Sold (part) | 03/27/20 | J | | |
| 47. | | | | | Sold (part) | 07/08/20 | J | | |
| 48. | | | | | Sold (part) | 12/31/20 | J | | |
| 49. Invesco Oppenheimer International Small-Mid Company Cl R6 (OSCIX) | D | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 50. | | | | | Sold (part) | 07/08/20 | J | | |
| 51. | | | | | Sold (part) | 12/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Invesco Oppenheimer Senior Floating Rate Cl R6 (OOSIX) | A | Dividend | | | Buy (add'l) | 03/05/20 | K | | |
| 53. | | | | | Sold | 03/27/20 | K | | |
| 54. John Hancock Bond Cl R6 (JHBSX) | C | Dividend | M | T | Buy (add'l) | 03/04/20 | J | | |
| 55. | | | | | Buy (add'l) | 03/05/20 | L | | |
| 56. | | | | | Sold (part) | 03/26/20 | J | | |
| 57. | | | | | Sold (part) | 03/27/20 | J | | |
| 58. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 59. John Hancock Disciplined Value Cl R6 (JDVWX) | B | Dividend | L | T | Buy | 03/05/20 | L | | |
| 60. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 61. John Hancock Strategic Income Opportunities Cl R6 (JIPRX) | A | Dividend | | | Sold | 03/04/20 | J | | |
| 62. JPMorgan Mid Cap Value R6 (JMVYX) | D | Dividend | L | T | Buy (add'l) | 03/05/20 | L | | |
| 63. | | | | | Buy (add'l) | 03/27/20 | K | | |
| 64. | | | | | Sold (part) | 07/08/20 | J | | |
| 65. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 66. MFS Emerging Markets Debt Local Cl R6 (EMLNX) | B | Dividend | L | T | Buy | 03/05/20 | L | | |
| 67. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 68. | | | | | Buy (add'l) | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. MFS International Growth Cl R6 (MGRDX) | A | Dividend | L | T | Buy<br>(add'l) | 03/05/20 | L | | |
| 70. | | | | | Sold<br>(part) | 07/07/20 | J | | |
| 71. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 72. Neuberger Berman Genesis Cl I (NBGIX) | C | Dividend | L | T | Buy<br>(add'l) | 03/05/20 | K | | |
| 73. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 74. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 75. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 76. PGIM Short Duration High Yield Income Cl R6 (HYSQX) | A | Dividend | L | T | Buy | 07/08/20 | L | | |
| 77. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 78. PGIM Total Return Bond Cl R6 (PTRQX) | B | Dividend | L | T | Buy<br>(add'l) | 03/05/20 | L | | |
| 79. | | | | | Sold<br>(part) | 03/27/20 | K | | |
| 80. | | | | | Buy<br>(add'l) | 07/08/20 | K | | |
| 81. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 82. T Rowe Price Dividend Growth Cl I (PDGIX) | A | Dividend | L | T | Buy<br>(add'l) | 03/05/20 | L | | |
| 83. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 84. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 85. Victory Sycamore Small Company Opportunity Cl R6 (VSORX) | A | Dividend | L | T | Buy<br>(add'l) | 03/05/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 87. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 88.    Account #2 (H) | | | | | | | | | |
| 89.    IShares Core S&P U.S. Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 90.    IShares Tr MSCI EAFE Growth Fd (EFG)<br>(Y) | | | | | | | | | |
| 91.    American New Perspective Cl F3 (FNPFX) | A | Dividend | J | T | | | | | |
| 92.    Hartford Midcap Cl F (HMDFX) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 93.    JPMorgan Emerging Markets Equity Cl R6<br>(JEMWX) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 94.    JPMorgan Small Cap Blend Cl R6 (JSCHX)<br>(X) | A | Dividend | J | T | | | | | |
| 95.    Invesco Corporate Bond Cl R6 (ICBFX) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 96.    Invesco Dividend Income Cl R6 (IFUTX) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 97.    Lord Abbett High Yield Cl F3 (LHYOX) | A | Dividend | J | T | | | | | |
| 98.    MFS Corporate Bond Cl R6 (MFBKX) | A | Dividend | J | T | | | | | |
| 99.    MFS Income Cl R6 (MFIWX) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 100.  MFS International Diversification Cl R6<br>(MDIZX) | A | Dividend | J | T | | | | | |
| 101.  MFS Value Cl R6 (MEIKX) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 102.  T Rowe Price Dividend & Growth Cl I<br>(PDGIX) | A | Dividend | J | T | Buy | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Account #3 (H) | | | | | | | | | |
| 104.  First Trust Preferred Securities & Income ETF (FPE) | A | Dividend | J | T | | | | | |
| 105.  Global X Funds (MLPA) | A | Dividend | J | T | Buy (add'l) | 12/31/20 | J | | |
| 106.  Invesco ETF S&P Small Cap Low Volatility (XSLV) | A | Dividend | | | Sold | 03/27/20 | J | | |
| 107.  SPDR Index Shs Funds DJ Wilshire Global (RWO) | A | Dividend | J | T | | | | | |
| 108.  SPDR Ser Tr S&P Dividend ETF (SDY) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 109.  SPDR Ser Tr Reit ETF (RWR) | A | Dividend | J | T | | | | | |
| 110.  American New Perspective Cl F3 (FNPFX) | A | Dividend | J | T | | | | | |
| 111.  Blackrock Advantage Small Cap Growth Cl K (PSGKX) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 112.  Calvert Emerging Markets Equity Cl I (CVMIX) | A | Dividend | J | T | | | | | |
| 113.  Hartford Balanced Income Cl F (HBLFX) | A | Dividend | J | T | | | | | |
| 114.  Eaton Vance Atlanta Capital SMID Cap Cl I (EISMX) | | None | | | Sold | 03/27/20 | J | | |
| 115.  Franklin Convertible Securities Cl R6 (FCSKX) | A | Dividend | | | Sold | 03/27/20 | J | | |
| 116.  Invesco Oppenheimer Global Opportunities Cl I (OGIIX) | A | Dividend | J | T | | | | | |
| 117.  Jensen Quality Growth Cl Y (JENYX) | A | Dividend | J | T | | | | | |
| 118.  John Hancock Disciplined Value Cl R6 (JDVWX) | A | Dividend | J | T | | | | | |
| 119.  John Hancock Income Cl R6 (JSNWX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. JPMorgan Market Expansion Enhanced Index R6 (OMYGX) | | None | | | Sold | 03/25/20 | J | | |
| 121. JPMorgan Mid Cap Value Cl R6 (JMVYX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 122. Lord Abbett High Yield Cl F3 (LHYOX) | A | Dividend | J | T | Buy | 07/06/20 | J | | |
| 123. MFS Emerging Markets Debt Local Cl R6 (EMLNX) | A | Dividend | J | T | | | | | |
| 124. MFS International Diversification Cl R6 (MDIZX) | A | Dividend | J | T | | | | | |
| 125. MFS Mid Cap Growth Cl R6 (OTCKX) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 126. PGIM Global Total Return Cl R6 (PGTQX) | A | Dividend | J | T | Sold (part) | 03/27/20 | J | | |
| 127. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 128. PGIM Total Return Bond Cl R6 (PTRQX) | A | Dividend | J | T | Buy (add'l) | 07/06/20 | J | | |
| 129. Victory Sycamore Small Company Opportunity Cl R6 (VSORX) | A | Dividend | J | T | | | | | |
| 130. Account #4 (H) | | | | | | | | | |
| 131. American New Perspective Cl F3 (FNPFX) (X) | A | Dividend | J | T | | | | | |
| 132. IShares Core S&P U.S. Value ETF (IUSV) (Y) | | | | | | | | | |
| 133. Hartford Core Equity Cl F (HGIFX) | A | Dividend | J | T | | | | | |
| 134. Invesco Dividend Income Cl R6 (IFUTX) (X) | A | Dividend | J | T | | | | | |
| 135. JPMorgan Emerging Markets Equity Cl R6 (JEMWX) (X) | A | Dividend | J | T | | | | | |
| 136. JPMorgan Mid Cap Equity Cl R6 (JPPEX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. MFS International Diversification Cl R6 (MDIZX) (X) | A | Dividend | J | T | | | | | |
| 138. T Rowe Price Blue Chip Growth Cl I (TBCIX) (X) | A | Dividend | J | T | | | | | |
| 139. Account #5 (H) | | | | | | | | | |
| 140. Wells Fargo Dodge & Cox Intermediate Bd CIT F | | None | | | Sold | 01/23/20 | M | | |
| 141. American Century in Retirement I | | None | | | Sold | 01/23/20 | N | | |
| 142. American Century Retirement Date 2025 I | | None | | | Sold | 01/23/20 | M | | |
| 143. JPMorgan Mid Cap Growth R6 | | None | | | Sold | 01/23/20 | L | | |
| 144. JPMorgan Mid Cap Value L | | None | | | Sold | 01/23/20 | M | | |
| 145. T Rowe Price Small-Cap Stock I | | None | | | Sold | 01/23/20 | L | | |
| 146. Wells Fargo MFS Value CIT F | | None | | | Sold | 01/23/20 | M | | |
| 147. American Funds Europacific Growth R6 | | None | | | Sold | 01/23/20 | M | | |
| 148. Account #6 (H) | | | | | | | | | |
| 149. TIAA Traditional | B | Dividend | L | T | | | | | |
| 150. CREF Stock R1 | | None | L | T | | | | | |
| 151. TIAA Real Estate | | None | J | T | | | | | |
| 152. T-C Lifecycle Index 2035-Inst (X) | A | Dividend | J | T | | | | | |
| 153. Account #7 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Edward Jones Money Market (cash) | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 155. Invesco Actively Managed Active US Real Estate Fund (PSR) | A | Dividend | K | T | Buy | 03/05/20 | K | | |
| 156. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 157. Invesco ETF S&P Midcap Low Volatility (XMLV) | A | Dividend | | | Sold | 03/27/20 | J | | |
| 158. Invesco ETF Kbw Prem Yield Equity Reit (KBWY) | A | Dividend | | | Sold | 03/05/20 | K | | |
| 159. IShares Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 160. IShares Global Reit ETF (REET) | A | Dividend | J | T | Buy (add'l) | 03/05/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 162. IShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | K | T | Buy | 03/27/20 | J | | |
| 163. IShares Tr Edge MSCI Minimum Volatility EAFE ETF (EFAV) | | None | | | Sold (part) | 03/05/20 | J | | |
| 164. | | | | | Sold | 03/27/20 | J | | |
| 165. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | | | Sold (part) | 03/05/20 | J | | |
| 166. | | | | | Sold | 03/27/20 | J | | |
| 167. Wisdomtree US Small Cap Quality Dividend Growth Fund (DGRS) | A | Dividend | J | T | Buy (add'l) | 03/27/20 | J | | |
| 168. Wisdomtree US Midcap Dividend ETF (DON) | A | Dividend | J | T | Buy (add'l) | 03/05/20 | J | | |
| 169. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 170. American New Perspective Cl F3 (FNPFX) | B | Dividend | K | T | Sold (part) | 03/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 172. Blackrock High Yield Municipal Cl K (MKYHX) | A | Dividend | | | Sold | 03/27/20 | K | | |
| 173. Blackrock Multi Asset Income Cl K (BKMIX) | A | Dividend | K | T | Sold<br>(part) | 03/04/20 | J | | |
| 174. Blackrock NY Municipal Opportunities Cl K (MKNKX) | A | Dividend | K | T | Buy<br>(add'l) | 03/04/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 176. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 178. Calvert Emerging Markets Eq Cl I (CVMIX) | A | Dividend | J | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 179. Columbia Contrarian Core Cl I3 (COFYX) | B | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | | |
| 180. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 181. Columbia Strategic Municipal Income Cl I3 (CATYX) | A | Dividend | K | T | Buy<br>(add'l) | 03/27/20 | J | | |
| 182. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 183. Invesco Limited Term Municipal Income Cl R6 (ATFSX) | A | Dividend | | | Sold | 03/26/20 | J | | |
| 184. Invesco High Yield Municipal Cl R6 (ACTSX) | A | Dividend | K | T | Buy | 03/26/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 186. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 187. Invesco Oppenheimer Discovery Mid Cap Growth Cl R6 (OEGIX) | A | Dividend | J | T | Buy | 03/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 07/07/20 | J | | |
| 189. Lord Abbett National Tax Free Cl F3<br>(LONSX) | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 192. Lord Abbett NY Tax Free Cl F3 (LONYX) | A | Dividend | K | T | Sold<br>(part) | 03/27/20 | J | | |
| 193. | | | | | Sold<br>(part) | 07/07/20 | J | | |
| 194. T Rowe Price Dividend Growth Cl I<br>(PDGIX) | A | Dividend | K | T | | | | | |
| 195. T Rowe Price International Discovery Cl I<br>(TIDDX) | A | Dividend | K | T | Sold<br>(part) | 07/07/20 | J | | |
| 196. | | | | | Sold<br>(part) | 07/08/20 | J | | |
| 197. T Rowe Price Summit Municipal Income Cl<br>I (PRIMX) | A | Dividend | K | T | Sold<br>(part) | 03/05/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 199. Account #8 (H) | | | | | | | | | |
| 200. JP Morgan 529 Age-Based 15-16 Portfolio | | None | M | T | Buy | 02/05/20 | M | | |
| 201. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 202. | | | | | Buy<br>(add'l) | 12/31/20 | K | | |
| 203. JP Morgan 529 Age-Based 14 Portfolio A | | None | | | Sold | 02/05/20 | M | | |
| 204. JP Morgan 529 Equity Income Portfolio A | | None | K | T | Buy<br>(add'l) | 12/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 206. JP Morgan 529 Mid Cap Value Portfolio A | None | K | T | | Sold<br>(part) | 12/31/20 | J | | |
| 207. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 208. JP Morgan 529 Growth Advantage Portfolio A | None | K | T | | Buy<br>(add'l) | 12/31/20 | K | | |
| 209. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 210. JP Morgan 529 Small Cap Equity Portfolio A | None | J | T | | Buy<br>(add'l) | 12/31/20 | J | | |
| 211. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 212. JP Morgan 529 Realty Income Portfolio A | None | J | T | | Buy<br>(add'l) | 12/31/20 | J | | |
| 213. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 214. SSgA 529 MSCI ACWI (ex-US) ETF Portfolio A | None | K | T | | Buy<br>(add'l) | 12/31/20 | K | | |
| 215. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 216. JP Morgan 529 Inflation Managed Bond Portfolio A | None | K | T | | Sold<br>(part) | 12/31/20 | K | | |
| 217. | | | | | Buy<br>(add'l) | 12/31/20 | K | | |
| 218. Account #9 (H) | | | | | | | | | |
| 219. JP Morgan 529 Age-Based 11-12 Portfolio A | None | M | T | | Buy<br>(add'l) | 12/31/20 | K | | |
| 220. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 221. JP Morgan 529 Equity Income Portfolio A | None | K | T | | Buy<br>(add'l) | 12/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cave, Sarah L. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 223. JP Morgan 529 Mid Cap Value Portfolio A | | None | K | T | Buy<br>(add'l) | 12/31/20 | K | | |
| 224. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 225. JP Morgan 529 Growth Advantage Portfolio A | | None | K | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 226. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 227. JP Morgan 529 Small Cap Equity Portfolio A | | None | K | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 228. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 229. JP Morgan 529 Realty Income Portfolio A | | None | K | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 230. | | | | | Sold<br>(part) | 12/31/20 | J | | |
| 231. SSgA 529 MSCI ACWI (ex-US) ETF Portfolio A | | None | J | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 232. | | | | | Sold<br>(part) | 12/31/20 | K | | |
| 233. JP Morgan 529 Inflation Managed Bond Portfolio A | | None | J | T | Buy<br>(add'l) | 12/31/20 | J | | |
| 234. | | | | | Sold<br>(part) | 12/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cave, Sarah L.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah L. Cave**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544